United States District Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DARRELL ANTHONY WILLIAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:25-CV-00319 |
| § | |
| HOOPER, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On January 21, 2026, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (D.E. 45), recommending that all pending motions (D.E. 2, 6, 7, 28) be denied and this action be dismissed. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 45), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court:

- **DENIES** Plaintiff's motion to proceed *in forma pauperis* (D.E. 2);
- **DENIES** as **MOOT** Plaintiff's motion for preliminary injunction (D.E. 6), emergency motion for temporary restraining order (D.E. 7), and motion for court ordered surgery (D.E. 28); and
- **DISMISSES** this action **WITHOUT PREJUDICE.**

**ORDERED** on February 23, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE